Order entered October 11, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00907-CV

### IN THE INTEREST OF A.Q.M., A CHILD

**On Appeal from the 302nd District Court
Dallas County, Texas
Trial Court Cause No. DF09-12865**

## ORDER

The Court has before it appellant's unopposed motion for second extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on October 8, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE